AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

REC'D USMS-FARGO, ND
'23 MAR 30 AM 10:25

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Kyle Dean Dunn | ) | Case No. 3:23-cr-00007 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Kyle Dean Dunn,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute and Distribute Controlled Substances
Forfeiture Allegation

Date: 03/29/2023

/s/ Sarah Cook
*Issuing officer's signature*

City and state: Fargo, ND

Sarah Cook, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 03/14/2023, and the person was arrested on *(date)* 04/14/2023
at *(city and state)* Minot, ND

Date: 04/19/2023

Reed Mesman
*Arresting officer's signature*

Reed Mesman - FBI Special Agent
*Printed name and title*